# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ROBERT E. BROWN, ET AL.**                                            **PLAINTIFFS**

**v.**               **No.:4:07CV164-MPM-DAS**

**BOLIVAR COUNTY, MISSISSIPPI, ET AL.**                         **DEFENDANTS**

## ORDER

Upon further review of the file and record of this action, the Court finds that by Order [doc. 38] dated November 18, 2008, the Court granted the defendants' motion for disclosure and motion to compel discovery and found that the defendants were entitled to an award of reasonable attorney's fees and expenses pursuant to Rule 37(b)(2)(C).

On November 24, 2008, counsel for Defendants Bolivar County and H. M. Grimmett, submitted to the Court an itemized statement of fees incurred in prosecuting said defendants' motion for disclosure. The Court finds that the total of $202.50 in counsel's statement of fees is reasonable and should be awarded to the defendants. Accordingly, it is

**ORDERED** that within thirty (30) days of this date, the plaintiff shall pay the amount of $202.50 to counsel for Defendants Bolivar County and H. M. Grimmett for the benefit of said defendants.

**THIS**, the 25th day of November, 2008.

                                                                              **/s/ David A. Sanders**
                                                                              **U. S. MAGISTRATE JUDGE**